| | |
|---|---|
| 1 | PHILLIP TALBERT |
| | United States Attorney |
| 2 | MATHEW W. PILE, WSBA No. 32245 |
| | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
| | Social Security Administration |
| 4 | MARY TSAI, CSBN 216963 |
| 5 | Special Assistant United States Attorney |

        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: 510-970-4864
        Facsimile: (415) 744-0134
        E-Mail: mary.tsai@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JEREMY ROBERT CLOVER, | Case No.: 1:24-cv-00935-GSA |
| Plaintiff, | STIPULATION FOR AN EXTENSION OF TIME; ORDER |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (30) days from January 15, 2025, up to and including February 14, 2025. This is the parties' second stipulation for an extension of the Court's Scheduling Order, and Defendant's first extension.

    This is Defendant's first request for an extension, and it is made with good cause. This case was recently reassigned to undersigned counsel for Defendant, along with another brief, both of which are due in January 2025. Moreover, counsel already has six other briefs due in approximately the next month. Thus, Defendant requires an extension in this case, and may

require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  January 8, 2025      */s/ Melissa Newel\**
MELISSA NEWEL
Attorney for Plaintiff
**as authorized via e-mail on January 8, 2025*

Dated: January 8, 2025      PHILLIP TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:   /s/ Mary Tsai
MARY TSAI
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

    Pursuant to the parties' stipulation, IT IS ORDERED that Defendant shall have an extension, up to and including February 14, 2025 to respond to Plaintiff's Opening Brief.

IT IS SO ORDERED.

    Dated:  **January 8, 2025**       **/s/ Gary S. Austin**
    UNITED STATES MAGISTRATE JUDGE