Melissa Newel (CASB #148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
JEREMY ROBERT CLOVER

MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI (CASB #216963)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD  21235
(510) 970-4864
mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY ROBERT CLOVER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  1:24-CV-00935 (GSA)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d) AND 28 U.S.C. §1920)** |

1    IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2 attorneys, subject to the approval of the Court, that Jeremy Robert Clover ("Plaintiff") be
3 awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in
4 the amount of seven thousand four hundred and fifty-four dollars and forty-six cents ($7,454.46).
5 This represents compensation for all legal services rendered on behalf of Plaintiff by counsel in
6 connection with this civil action to date, in accordance with 28 U.S.C. §2412 (d). In addition,
7 pursuant to 28 U.S.C. §§1920 and 2412 (d), Plaintiff seeks the award of costs associated with the
8 civil action in the amount of four hundred and five dollars ($405).

9    After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
10 the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
11 *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
12 attorney fees are subject to any offset allowed under the United States Department of the
13 Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
14 determine whether they are subject to any offset.

15    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
16 that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
17 payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
18 "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments
19 made shall be delivered to Plaintiff's counsel by electronic transfer or by check.

20    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
21 attorney fees and does not constitute an admission of liability on the part of Defendant under
22 EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and
23 bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA
24 attorney fees and expenses in connection with this action.

25    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
26 Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

27
28                                              Respectfully submitted,

Dated: March 14, 2025                               NEWEL LAW

                                              By:  *Melissa Newel*
                                                   Melissa Newel
                                                   Attorney for Plaintiff
                                                   JEREMY ROBERT CLOVER


Dated: March 14, 2025                               MICHELE BECKWITH
                                                    Acting United States Attorney
                                                    MATHEW W. PILE
                                                    Associate General Counsel
                                                    Office of Program Litigation, Office 7

                                              By:   Mary Tsai*
                                                    MARY TSAI
                                                    (**Authorized by email dated 03/14/2025*)
                                                    Special Assistant U.S. Attorney
                                                    Office of Program Litigation, Office 7
                                                    Social Security Administration
                                                    Attorneys for Defendant


**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of **seven thousand four hundred and fifty-four dollars and forty-six cents ($7,454.46)** and, pursuant to 28 U.S.C. §§1920 and 2412(d), costs in the amount of **four hundred and five dollars ($405)**, be awarded subject to the terms of the Stipulation.


IT IS SO ORDERED.

   Dated:   **March 17, 2025**                     /s/ Gary S. Austin
                                                   UNITED STATES MAGISTRATE JUDGE